UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2026
```

AMANDA PULCINI,

                        Plaintiff,

          -against-

XTREMEPUSH, LLC,

                      Defendant.

26-cv-2882 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

      Defendant Xtremepush, LLC has filed an Answer, dated May 15, 2026, (ECF No. 9), to Plaintiff Amanda Pulcini's Complaint, dated April 8, 2026, (ECF No. 1).  Thus, the Court waives the Initial Pre-Trial Conference requirement and directs the parties to submit a proposed Case Management Plan and Scheduling Order (blank form attached hereto) by June 8, 2026.  After review and approval of the Scheduling Order, the Court will issue an Order of Reference to Magistrate Judge Judith C. McCarthy for general pretrial purposes.  The parties are directed to contact Judge McCarthy within seven (7) business days of the date of the Order of Reference to schedule a conference.

Dated: May 18, 2026
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge